**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHEMONICS INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACE AMERICAN INSURANCE | ) | C.A. No. 1:24-cv-00817-RGA |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT**
**ACE AMERICAN INSURANCE COMPANY'S RESPONSE TO**
**PLAINTIFF CHEMONICS INTERNATIONAL, INC.'S COMPLAINT**

Defendant ACE American Insurance Company ("ACE") and Plaintiff Chemonics International, Inc. ("Chemonics"), by and through their undersigned counsel, hereby **STIPULATE AND AGREE** to an extension of time for ACE to respond to Chemonics' Complaint, subject to the approval of the Court, as follows:

1.    ACE shall respond to Chemonics' Complaint (D.I. 1), on or before Monday, September 16, 2024.


Dated: August 2, 2024

POTTER ANDERSON & CORROON

By: */s/Jennifer C. Wasson*
   Jennifer C. Wasson (No. 4933)
  Carla M. Jones (No. 6046)
  Hercules Plaza, Sixth Floor
  1313 North Market Street
  Wilmington, Delaware 19801
  Telephone: (302) 984-6000
  jwasson@potteranderson.com
  cjones@potteranderson.com

*Attorneys for Plaintiff Chemonics*
*International, Inc.*

OF COUNSEL

Barry I. Buchman
Kathleen M. Repko
Haynes Boone, LLP
800 South 17th Street, N.W.
Suite 500
Washington, DC 20006
(202) 654-4500

SMITH, KATZENSTEIN & JENKINS LLP

By: */s/ Julie M. O'Dell*
   Robert J. Katzenstein (No. 378)
  Julie M. O'Dell (No. 6191)
  1000 N. West Street, Suite 1501
  Wilmington, DE 19899
  Telephone: (302) 504-1650
  rjk@skjlaw.com
  jmo@skjlaw.com

*Attorneys for Defendant ACE American Insurance*
*Company*

OF COUNSEL

Alan Joaquin
Alexandra N. Kajari
WERNER AHARI MANGEL LLP
2112 Pennsylvania Avenue Northwest
Suite 200
Washington, DC 20037
(202) 599-1030
AJoaquin@wam.law
Akajari@wam.law

SO ORDERED, this _____ day of August 2024.

                                                  _____
                                                  Hon. Richard G. Andrews