# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMONICS INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACE AMERICAN INSURANCE COMPANY, | ) C.A. No. 1:24-cv-00817-RGA |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |
| | ) |
| | ) |

## DEFENDANT ACE AMERICAN INSURANCE COMPANY'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Pursuant to Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and 28 U.S.C. § 1404(a), Defendant ACE American Insurance Company ("Defendant" or "ACE"), by and through its undersigned counsel, hereby respectfully moves this Honorable Court to transfer this action to the District of Columbia. In support of this Motion, ACE relies on the accompanying Opening Brief and exhibits.

WHEREFORE, ACE respectfully requests that this Motion is granted, and that this Court transfer this action to the District of Columbia.

Dated: September 16, 2024
SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (No. 378)
Julie M. O'Dell (No. 6191)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
rjk@skjlaw.com
jmo@skjlaw.com

*Attorneys for ACE American Insurance Company*

OF COUNSEL

Alan Joaquin
Alexandra N. Kajari
WERNER AHARI MANGEL LLP
2112 Pennsylvania Avenue Northwest, Suite 200
Washington, D.C. 20037
(202) 599-1030
AJoaquin@wam.law
Akajari@wam.law