IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMONICS INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACE AMERICAN INSURANCE COMPANY, | ) C.A. No. 1:24-cv-00817-RGA |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |
| | ) |
| | ) |

**RULE 7.1.1 STATEMENT REGARDING DEFENDANT'S
MOTION TO TRANSFER VENUE**

Pursuant to Local Rule 7.1.1, I, as attorney for defendant, I certify that a reasonable effort has been made to reach agreement with plaintiff on the matters set forth in Defendant ACE American Insurance Company's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (D.I. 9) (Sept. 16, 2024) and we were unable to reach agreement. That effort included a telephone conversation that I had with plaintiff's Delaware counsel, Jennifer Wasson, on September 17, 2024.

Dated: September 17, 2024

SMITH, KATZENSTEIN & JENKINS LLP

 /s/ Robert J. Katzenstein
Robert J. Katzenstein (No. 378)
Julie M. O'Dell (No. 6191)
100 West Street, Suite 1501
Wilmington, DE 19899
Telephone: (302) 504-1650
rjk@skjlaw.com

*Attorneys for Defendant ACE American Insurance Company*