# EXHIBIT B

**PUBLIC VERSION**

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE OF PAGES 1 \| 32 |
|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| AID-OAA-I-15-00004/AID-OAA-TO-16-00018 | 09/16/2016 | REQ-GH-16-000214 |

| 5. ISSUED BY | CODE | M/OAA/GH | 6. ADMINISTERED BY (If other than Item 5) | CODE | N/A |
|---|---|---|---|---|---|

Mgmt. Office Acquisition & Assist.

Not Applicable

**7. NAME AND ADDRESS OF CONTRACTOR** (No., street, country, State and ZIP Code)

CHEMONICS
1717 H ST NW STE 1
WASHINGTON DC 20006-3900

**8. DELIVERY**

☐ FOB ORIGIN    ☒ OTHER (See below)

**9. DISCOUNT FOR PROMPT PAYMENT**

**10. SUBMIT INVOICES**
(4 copies unless otherwise specified)
TO THE ADDRESS SHOWN IN    ITEM

| CODE | | FACILITY CODE | |
|---|---|---|---|

| 11. SHIP TO/MARK FOR | CODE | | 12. PAYMENT WILL BE MADE BY | CODE | M/CFO |
|---|---|---|---|---|---|

USAID
1300 Pennsylvania Ave NW
Washington DC 20523

OFFICE OF FINANCIAL MANAGEMENT
M/CFO/CMP-SA-44 Room 485-C
1300 Pennsylvania Ave NW
Washington DC 20523-7101

**13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:**

☐ 10 U.S.C. 2304 (c) (        )    ☐ 41 U.S.C. 3304 (a) (        )

**14. ACCOUNTING AND APPROPRIATION DATA**

See Section G.7

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |

| | | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | $229,618,330.00 |
|---|---|---|---|---|---|

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 32 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 5-7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 8-18 | | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | 19-20 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 21 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 22-23 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 24-30 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 31 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

**17.** ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____1____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

**18.** ☐ SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| Eric Reading, Exec Vice President | Eduardo Elia |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY _(Signature of person authorized to sign)_ | SEPT 14, 2016 | BY _(Signature of the Contracting Officer)_ | 9/14/16 |

AUTHORIZED FOR LOCAL REPRODUCTION    ...ects Division
Previous edition is NOT usable

SEP 14 2016
REVIEWED

STANDARD FORM 26 (Rev. 3/2013)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## Table of Contents

ACRONYMS
SECTION B – SUPPLIES OR SERVICES AND PRICE/COSTS ................................................ 5

   B.1.  PURPOSE ................................................................................................................. 5

   B.2  ORDER TYPE ........................................................................................................... 5

   B.3  ESTIMATED COST, FIXED FEE AND OBLIGATED AMOUNT .............................. 5

   B.4  PRICE SCHEDULE ................................................................................................... 6

   B.5  LABOR ..................................................................................................................... 6

   B.6  ALLOWABLE COSTS ............................................................................................... 6

   B.7  PAYMENT ................................................................................................................. 6

   B.8.  COST RECOVERY ON FIELD BASE OPERATIONS/COMMODITIES ................... 7

SECTION C – STATEMENT OF WORK ................................................................................... 8

   C.1  STATEMENT OF WORK ........................................................................................... 8

   C.2  OBJECTIVE 1: GLOBAL COMMODITY PROCUREMENT AND LOGISTICS ....... 9

   C.3  OBJECTIVE 2: SYSTEMS STRENGTHENING – SUPPLY CHAIN TECHNICAL
ASSISTANCE ...................................................................................................................... 15

   C.4  OBJECTIVE 3: GLOBAL COLLABORATION ........................................................ 18

SECTION D – PACKAGING AND MARKING ........................................................................ 19

   D.1  AIDAR 752.7009 MARKING (JAN 1993) .............................................................. 19

   D.2  BRANDING POLICY .............................................................................................. 19

   D.3  PACKAGING AND PACKING PROVISIONS .......................................................... 19

SECTION E – INSPECTION AND ACCEPTANCE ................................................................. 21

   E.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE . 21

   E.2  INSPECTION AND ACCEPTANCE ........................................................................ 21

SECTION F – DELIVERIES OR PERFORMANCE ................................................................. 22

   F.1  PERIOD OF PERFORMANCE ................................................................................ 22

   F.2  PLACE OF PERFORMANCE ................................................................................... 22

   F.3  REPORTING REQUIREMENTS .............................................................................. 22

   F.4  PERSONNEL .......................................................................................................... 22

   F.5  WORK WEEK ......................................................................................................... 23

SECTION G – CONTRACT ADMINISTRATION DATA .......................................................... 24

   G.1  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE . 24

   G.2  PAYMENT AND VOUCHERS ................................................................................. 24

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

G.3    CONTRACTING OFFICER..................................................................................... 24

G.4    CONTRACTING OFFICER'S REPRESENTATIVE (COR)....................................... 24

G.5    CONTRACTOR'S PRIMARY POINT OF CONTACT ............................................. 24

G.6    PAYING OFFICE.................................................................................................. 24

G.7    ACCOUNTING AND APPROPRIATION DATA ...................................................... 24

G.8    CONTRACTOR'S PAYMENT ADDRESS .............................................................. 29

G.9    TECHNICAL DIRECTIONS / RELATIONSHIP WITH USAID............................... 29

SECTION H – SPECIAL CONTRACT REQUIREMENTS ....................................................... 31

H.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE. 31

H.2    SUBCONTRACTING CONSENT ........................................................................... 31

SECTION I – CONTRACT CLAUSES ................................................................................... 32

I.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE. 32

I.2    FAR 52.222-56 CERTIFICATION REGARDING TRAFFICKING IN PERSONS
COMPLIANCE PLAN (MAR 2015) ...................................................................... 32

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## ACRONYMS

| | |
|---|---|
| ARV | Antiretroviral |
| CDC | Centers for Disease Control and Prevention |
| CHAI | Clinton Health Access Initiative |
| DIFD | Department for International Development (United Kingdom) |
| DOD | Department of Defense |
| EPA | Environmental Protection Agency |
| EPCMD | Ending Preventable Child and Maternal Deaths |
| FAO | Food and Agriculture Organization |
| GAVI | Global Vaccine Alliance |
| GFATM | Global Fund for AIDS, Tuberculosis and Malaria |
| GH | Global health |
| GMP | Good Manufacturing Practice |
| HHS | Health and Human Services |
| IDIQ | Indefinite Delivery, Indefinite Quantity |
| KPI | Key Performance Indicator |
| LMIS | Logistics Management Information System |
| MCH | Maternal and Child Health |
| MNCH | Maternal, Newborn, and Child Health |
| NGO | Non-governmental organization |
| IPTp | Intermittent preventive treatment for pregnant women |
| PAHO | Pan American Health Organization |
| PMI | President's Malaria Initiative |
| PRH | Population and Reproductive Health |
| QA | Quality assurance |
| RFTOP | Request for task order proposal |
| RDT | Rapid diagnostic test |
| RMNCH | Reproductive, Maternal, Newborn, Child Health |
| SOW | Scope of Work |
| SKU | Stock Keeping Unit |
| TO | Task Order |
| TOCOR | Task Order Contracting Officer's Representative |
| TOCO | Task Order Contracting Officer |
| UNCoLSC | United Nations Commission on Life Saving Commodities |
| USAID | United States Agency for International Development |
| USG | United States Government |
| WHO | World Health Organization |

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION B – SUPPLIES OR SERVICES AND PRICE/COSTS

### B.1.  PURPOSE

The purpose of this Task Order is to:
1. Improve the provision of quality-assured health commodities through global commodity procurement and logistics.
2. Provide technical assistance focused on systems strengthening to improve country supply chains and increase commodity security.
3. Improve coordination among global Maternal and Child Health (MCH) and supply chain stakeholders to strengthen the collective response to maternal, newborn, and child health related programs.

This Task Order (TO) is competed under the Global Health Supply Chain Management Indefinite Delivery, Indefinite Quantity (IDIQ) Contract (contract number AID-OAA-I-15-00004) and is designed to serve the health commodity and health systems strengthening needs of USAID, as well as other entities, including but not limited to other US Government (USG) agencies, partner country governments, Non-Governmental Organizations (NGOs) and other donors.  At the discretion of USAID, the Contractor may be required to work with a broad base of stakeholders.

The IDIQ requirements and terms are not repeated within this TO but are additive to the terms of this TO unless otherwise noted.

### B.2   ORDER TYPE

This is a cost plus fixed fee, term type contract.  For the consideration set forth in the contract, the Contractor shall provide the deliverables or outputs described in Sections C and F and comply with all contract requirements.

### B.3   ESTIMATED COST, FIXED FEE AND OBLIGATED AMOUNT

(a) The estimated amount for the performance of the work required hereunder, inclusive of commodities but exclusive of any fixed fee is ███████████. The fixed fee is ███████
The estimated cost plus fixed fee is $229,618,330.

(b) Within the estimated cost plus fixed fee specified in paragraph (a) above, the amount currently obligated and available for reimbursement of allowable costs incurred by the Contractor (and payment of fee) for performance hereunder is $16,408,695. The Contractor will not exceed the aforesaid obligated amount.

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## B.4    PRICE SCHEDULE

The total Summary budget is:

| Line Item | Five (5) Year Total |
|---|---|
| Direct Costs | ▮▮▮▮ |
| Indirect Costs | ▮▮▮▮ |
| Fee | ▮▮▮ |
| Commodities | $120,294,579 |
| Total Cost Plus Fixed Fee | $229,618,330 |

The final revised proposed budget summary submitted by Chemonics on September 2, 2016 is hereby incorporated by reference.

## B.5    LABOR

Labor under this task order must not exceed the unburdened ceiling daily rates (CDR) established in IDIQ Contract AID-OAA-I-15-00004, Section B.7(a).

(a) The Contractor must perform all work within the level of effort specified below. The level of effort estimated to be ordered during the term of this task order, which represents the Government's best estimate of level of effort to fulfill these requirements is as follows:

▮▮▮▮ hours in support of field operations for the full five (5) years of this contract.

▮▮▮▮ hours in support of Headquarters operations, central procurement, and Headquarters support to field programs for the full five (5) years of this contract.

In performing the contract, the Contractor may use any combination of hours of labor categories. The Government is only obligated to pay the corresponding fixed fee for level of effort completed.

(b) These terms and conditions do not supersede the requirements of either the "Limitation of Cost" or "Limitation of Funds" clauses.

## B.6    ALLOWABLE COSTS

The U.S. dollar costs allowable must be limited to reasonable, allocable, and allowable costs determined in accordance with FAR 52.216-7, Allowable Cost and Payment, and FAR 52.216-8, Fixed Fee, if applicable: AIDAR 752.7003, Documentation for Payment; OMB Circular 1-21, Cost Principles for Educational Institutions and OMB Circular A-122, Cost Principles for Non-profit organizations.

## B.7    PAYMENT

The paying office is (See Section G).

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## B.8.    COST RECOVERY ON FIELD BASE OPERATIONS/COMMODITIES

This will be a field-financed program; therefore the Contractor must ensure a method for distributing the cost of headquarters operations across countries. For example, the Contractor may opt to charge a flat rate to USAID Missions on commodities and/or field-based operations, to recover the cost from supporting these functions from headquarters. This is not a profit generating scheme, and any funds generated using the allocable rate, but not exhausted through this charge will not be kept by the Contractor at the end of the contract. It is the Contractor's responsibility to clearly communicate the proposed structure and functionality of charges, fees, and proposed costs to be reimbursed, and to obtain written approval of this method from the Contracting Officer's Representative.

**END OF SECTION B**

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION C – STATEMENT OF WORK

### C.1     STATEMENT OF WORK

#### C.1.1.   Background
The two primary purposes of this Task Order ("MCH TO") are to contribute to USAID's
goal to End Preventable Child and Maternal Deaths (EPCMD) and to address new and
emerging issues related to child survival and maternal health as relevant. The Task Order will
increase availability of quality health products in public and private services, strengthen
supply systems and supportive environments for health commodity security, and provide
superior customer support to USAID field programs to address their health commodity and
technical assistance needs.

The U.S. government continues to play a leadership role in renewing the global effort to end
preventable child and maternal deaths.  Together with country partners, international
organizations, and NGOs, USAID is working towards the internationally agreed 2030 targets
of the Sustainable Development Goals, including reducing child deaths to fewer than 25 per
1,000 live births in every country and maternal deaths to a global average of fewer than 70
per 100,000 live births.  USAID's action to support EPCMD is primarily focused on 25
priority countries (see Section C.2.1.7) where two-thirds of worldwide child and maternal
deaths occur. While this Task Order is primarily focused on the aforementioned 25 EPCMD
priority countries, USAID recognizes that the list of priority countries will evolve over the
life of this Task Order.

This Task Order will contribute to the activities and goals of the UN Commission on Life
Saving Commodities for Women and Children (UNCoLSC), both through participation in
global advisory groups and through in-country activities.  The UNCoLSC was established in
response to the call in the UN Secretary-General's Global Strategy for Women's and
Children's Health for increasing access to and appropriate use of medicines, medical devices,
and health supplies that effectively address the leading avoidable causes of death during
pregnancy, childbirth, and childhood. An UNCoLSC report identified 13 essential
commodities that could save the lives of millions of women and children and made 10
recommendations for how to provide the commodities to those who need them most. USAID
is working closely with countries and other global stakeholders to implement action plans at
the country level based on these 10 recommendations.  Additional information on UNCoLSC
is available at (http://www.lifesavingcommodities.org/).

This Task Order may also be used to address MCH evolving health elements and related
commodity needs, as required.  The recent outbreak of Zika in the Americas demonstrates
that emerging circumstances may create a need for USAID to support commodities that are
traditionally considered MCH commodities, but are nonetheless generally related to child
survival and maternal health. Therefore, this Task Order will include assistance to Latin
America and the Caribbean countries for Zika commodity support.

Zika is a communicable disease transmitted by the *Aedes* mosquito, which also transmits
dengue and chikungunya. While the Zika virus is not a new virus, the current outbreak is the
largest ever reported and spreading very rapidly throughout the Americas. The current Zika

8

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

outbreak in the Americas has been determined to cause severe birth defects in infants and is responsible for a series of developmental issues now known as congenital Zika syndrome. Therefore Zika mitigation measures involve protecting pregnant women from contracting Zika and also from transmitting it to their children. Affected children must be monitored and assessed for developmental disabilities. Zika has also coincided with a rise in reported cases of Guillain-Barre syndrome. In addition to being transmitted by mosquito bites, Zika can also be transmitted sexually by a man to his partners, and it is likely that it can be transmitted through blood transfusions.

### C.1.2.   Task Order Overview

Given the scale and scope of the IDIQ and the requirements of this Task Order, it is imperative that the Contractor actively collaborate, coordinate, and communicate with other partners to provide high quality services to USAID. In executing this Task Order, the Contractor will implement a management structure that leverages resources from other Task Orders under the overall IDIQ and consolidates selected functions while ensuring that the technical, customer service, and operational requirements of this Task Order are met with high quality and responsiveness.

The two main objectives of this Task Order are to:

- **Objective 1:** Improve the provision of quality-assured health commodities through global commodity procurement and logistics.
- **Objective 2:** Provide technical assistance focused on systems strengthening to improve country supply chains and increase commodity security. Note that this may include many of the activities described under Sections C.4 of the IDIQ contract.
- **Objective 3:** Provide leadership, guidance, and global technical assistance to improve global collaboration to improve the long term supply of health commodities.

This Task Order will emphasize Objective 2, providing technical assistance for systems strengthening. Specifically, the Contractor will 1) maintain a robust technical capacity to improve country management of essential maternal, newborn, and child health supplies including those that may be required to prevent transmission of the Zika virus and/or mitigate the impacts of Zika in affected families and 2) build the capacities of stakeholders to manage these health commodities. The Contractor will operate in a dynamic setting and adjust its implementation approaches accordingly, utilizing proven expertise, processes, and technology.

## C.2    OBJECTIVE 1: GLOBAL COMMODITY PROCUREMENT AND LOGISTICS

The Contractor must be prepared to perform the following tasks under Objective 1.

### C.2.1  Health Commodity Procurement

The MCH TO anticipates a major focus on technical assistance, analysis, and capacity building, with commodity procurement as a secondary function. Despite the relatively low volume of commodities as compared to the other Task Orders, USAID requires the Contractor to maintain the technical capacity to implement a commodity procurement process that is competitive, fair, and transparent across the range of health products that are procured and distributed on behalf of USAID Missions.

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

Per written authorization from the Task Order Contracting Officer's Representative (TOCOR), the Contractor must procure Maternal, Newborn, and Child Health (MNCH) commodities and essential health commodities needed to support USAID's broader maternal health and child survival portfolio. Though primarily intended to support MNCH programs, the Contractor may be called upon to serve the needs of other MNCH-related health programs, such as the needs presented by the Zika virus from USG and host country partners.

In addition to the commodity procurements, for Zika programs the Contractor may be required to coordinate with other USAID mechanisms supporting vector control in order to avoid duplication of efforts and maximize impact across all programs. Additionally the Contractor will coordinate with other partners active in the Zika response including, but not limited to: the Center for Disease Control and Prevention (CDC), Department of Defense (DOD), Environmental Protection Agency (EPA), PAHO/WHO, Health and Human Services (HHS), Food and Agriculture Organization (FAO), Essential Drugs and National Food and Drug Administrations as necessary, Central/National Medical Stores, governmental vector control units, and others.

In cases of emergency or to address time-bound deficits in maternal and child survival commodities in USAID project areas, or to catalyze scale-up of key interventions in partnership with host countries, the Contractor will procure commodities as instructed by USAID. Commodity procurements will be done in consultation with Missions, country governments, and other relevant stakeholders.

As part of the USG response to the Zika virus, the Agency plans to invest in innovative solutions that could have a significant impact on the prevention and treatment of Zika. This Task Order may be called upon to support the implementation of new interventions and related technologies by providing procurement, logistics, and delivery support required to achieve USAID's Zika health priorities.

This Task Order includes, but is not limited to, the activities as listed in the IDIQ, in addition to the following:

### C.2.1.1.    Health Commodity Strategic Sourcing

The Contractor is responsible for strategic and efficient solicitation, evaluation, negotiation, award, management, administration and closeout of commodity subcontracts, under USAID technical guidance and in compliance with USG/USAID contracting rules and policies. The Contractor must work with the QA Contractor to ensure that the products procured for this project meet USAID quality standards (as defined by ADS 312).

### C.2.1.2.    Health Commodity Selection

Criteria for health commodity selection will be based on technical input from USAID, other USG agencies, and other designated experts with respect to dimensions such as quality and efficacy. Essential health commodities to be procured under this Task Order may include, but are not limited to, the following:

Pharmaceuticals:
- Medicines for pregnancy, labor and delivery, postpartum/natal and complications of pregnancy

10

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

- Medicines for essential newborn care and neonatal complications such as neonatal sepsis
- Medicines for child health including the management of pneumonia and diarrhea and integrated management of childhood illness

Medical Equipment:
- Newborn resuscitation and associated equipment
- Basic facility and essential surgical equipment
- Laboratory diagnostics including rapid test kits and point of care diagnostics, equipment, and supplies
- Medical supplies (gloves, needles and syringes, etc.)

Zika-related commodities:
- Repellents
- New Zika pharmaceuticals, vaccines, and other commodities as approved by USAID
- Early child development screening tools (e.g., screening tools for pediatricians, equipment required to carry out hearing tests on newborns, etc)

The Contractor should anticipate managing Zika and related commodity procurement volume in the range of $10–12 million on an annual basis for an estimated three (3) years. The exact type and value of the commodities cannot be predicted at this time.

The above list is illustrative and is expected to evolve; all commodities will require USAID approval and must adhere to USAID policies. Under the USAID ADS, laboratory reagents and diagnostic tests are considered pharmaceuticals; however, laboratory equipment and consumables are not. During the period of performance of this TO, changes may be made to USAID's ADS and the Contractor must understand any changes to the ADS language and submit requests in accordance with any such revisions.

**C.2.1.3.    Health Commodity Procurement and Subcontractor Management**
As stated in the IDIQ requirements.

**C.2.1.4.    Commodity Procurement Risk Management.**
As stated in the IDIQ requirements.

**C.2.1.5.    Health Commodity Supplier Forecasting**
As stated in the IDIQ requirements.

**C.2.1.6.    Health Commodity Customer Demand Forecasting**
As stated in the IDIQ requirements and in addition:

USAID will specify during workplanning which product categories require customer demand forecasting and at what frequency. New tools and estimation methods have been developed for use with MCH commodities (e.g., *Quantification of Health Commodities* and others developed for the UNCoLSC), and these must be considered when forecasting is relevant.

The health commodity customer demand forecasting accuracy must be tracked across the life of the contract, over time and across commodities and countries. All historical commodity

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

supplier forecasts must be maintained in the Business Intelligence and Analytics (BI&A) contract database, and the forecasts must be comparable to actual orders placed by customers for each review period.

### C.2.1.7.        Product Registration
As stated in the IDIQ requirements and in addition:

The primary geographic area for this TO is global. It is expected that the initial focus will be on Latin America for the Zika commodities and the priority EPCMD countries for all other MCH-related commodities, as listed below and found at the URL: https://www.usaid.gov/what-we-do/global-health/maternal-and-child-health/priority-countries. This list of MCH priority countries may change over time.

| | | | |
|---|---|---|---|
| Afghanistan | India | Mali | Senegal |
| Bangladesh | Indonesia | Mozambique | South Sudan |
| Burma | Kenya | Nepal | Tanzania |
| D.R. Congo | Liberia | Nigeria | Uganda |
| Ethiopia | Madagascar | Pakistan | Yemen |
| Ghana | Malawi | Rwanda | Zambia |
| Haiti | | | |

Additional countries that receive MCH funds may also elect to utilize this TO for MCH commodities and technical assistance.

### C.2.1.8.        Health Commodity Supplier Performance Management
As stated in the IDIQ requirements.

### C.2.1.9.        Performance Management and KPIs
The Contractor will coordinate with international stakeholders on the development and completion of global and country-specific scorecards and dashboards on Reproductive, Maternal, Newborn, Child Health (RMNCH) commodity availability, supply chain systems function, and other areas as relevant. The Contractor will maintain key performance indicators (KPIs) and draft a performance management plan in order to evaluate its own processes and performance that can be independently verified for each objective area listed in the Task Order scope of work.

Of particular importance are KPIs that are specific to RMNCH, but may not be covered by other Task Orders under the IDIQ, including, but not limited to, metrics that are indicative of cold chain adherence and metrics specific to vaccines.

### C.2.1.10.        Coordinated Health Commodity Procurement

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

The Contractor must coordinate commodity procurements and deliveries with other international donors, where applicable, and partner country counterparts. For Zika commodities, the Contractor must liaise with existing international donors and initiatives, such as the WHO and PAHO, to ensure a coordinated approach for the forecasting, purchasing, tracking and delivering of commodities.

The Contractor must also coordinate closely with Ministries of Health, private sector service providers, including faith-based and non-profit organizations, and "social marketers" to ensure procurements are well-timed.

Maternal and child health survival program procurements are typically single requests, not long term contracts to continue to provide commodities. As such, coordination and training of the Ministries of Health during these procurements are important to ensure that over time the commodity procurement transitions to the government.

### C.2.1.11.  Continuous Improvement.
As stated in the IDIQ requirements.

### C.2.2  Logistics. Logistics Services for Commodity Delivery
As stated in the IDIQ requirements and in addition:

For commodity logistics and delivery under this TO the Contractor will work with governments, partners, and the HIV, Malaria, and Population and Reproductive Health (PRH) Task Orders to use existing distribution systems and avoid creating separate MCH distribution systems.

This activity includes, but is not limited to the following elements:

### C.2.2.1.  Customer Order Fulfillment
As stated in the IDIQ requirements.

### C.2.2.2.  Warehousing and Inventory Management
As stated in the IDIQ requirements.

### C.2.2.3.  Freight Forwarding and Transportation
As stated in the IDIQ requirements.

### C.2.2.4.  In- Country Commodity Distribution.
As stated in the IDIQ requirements and in addition:

The facilities at which commodities are consigned in-country must ensure the physical security and integrity of the health commodities at their point of consumption, including commodities that require cool or cold chain storage. The Contractor must be capable of ensuring delivery of essential health commodities to the community level, utilizing both public and private sector distribution methods.

### C.2.2.5.  Financial Management.
As stated in the IDIQ requirements.

### C.2.2.6.  Continuous Improvement.

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

As stated in the IDIQ requirements.

### C.2.3   Health Commodity Quality Assurance. Provide Health Commodities That Meet Required Quality Requirements
As stated in the IDIQ requirements.

#### C.2.3.1     Collaboration with QA Contractor and other USAID Designee.
As stated in the IDIQ requirements.

#### C.2.3.2     Adherence to USAID's Quality Assurance Requirements.
As stated in the IDIQ requirements and in addition:

The Contractor must recognize a dynamic and shifting procurement environment for Zika commodities and respond accordingly, adapting QA/QC policies as necessary to be responsive to new products as they become available.

#### C.2.3.3     Managing Product Recalls.
As stated in the IDIQ requirements.

#### C.2.3.4     In-House QA Capability.
As stated in the IDIQ requirements.

### C.2.4   Data Visibility. Provide Appropriate Visibility of Data

As stated in the IDIQ requirements.

#### C.2.4.1.     Information Systems Capabilities.
As stated in the IDIQ requirements.

#### C.2.4.2.     Data.
As stated in the IDIQ requirements.

#### C.2.4.3.     Data Standards.
As stated in the IDIQ requirements.

#### C.2.4.4.     Data Loss Prevention.
As stated in the IDIQ requirements.

#### C.2.4.5.     Updates to Information Systems.
As stated in the IDIQ requirements.

#### C.2.4.6.     Data Ownership.
As stated in the IDIQ requirements.

#### C.2.4.7.     Support Existing Tools.
As stated in the IDIQ requirements.

#### C.2.4.8.     Product Ordering & Tracking.
As stated in the IDIQ requirements.

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## C.3    OBJECTIVE 2: SYSTEMS STRENGTHENING – SUPPLY CHAIN TECHNICAL ASSISTANCE

As stated in the IDIQ requirements and in addition:

This Task Order defines in-country supply chain systems broadly and includes public, private, and non-profit sectors. The Contractor must have the capacity to work in countries with supply chains of varying degrees of complexity and capacity. The Contractor must address USAID's commitment to building high performance and responsive supply chains. The Contractor must emphasize technical assistance to improve the long term function and effectiveness of in-country supply chain systems for essential medicines and equipment. The Contractor must also leverage, collaborate, and work with other USAID programs and Task Orders under this IDIQ toward a unified supply chain.

The Contractor will provide technical assistance in a variety of different areas including, but not limited to:

- providing support to governments to identify and procure quality-assured commodities
- ensuring registration and quality assurance of new MCH or Zika commodities and formulations (e.g., chlorhexidine, amoxicillin dispersible tablets, repellent, etc.)
- providing assistance to governments in quantification and budgeting for procurement of commodities to meet the country's needs
- creating and supporting MCH (or RMNCH) commodity security committees
- ensuring knowledge of and maintenance of proper storage of MCH commodities (e.g., oxytocin in cold chain) from customs and arrival in country to their final destination (e.g., rural clinics)
- integrating MCH/Zika commodities into the Logistics Management Information System (LMIS) and data collection systems
- supporting vaccine delivery by including vaccines in LMIS and data collection systems

In addition, the Contractor must also have the capacity to provide related technical assistance, as well as the capacity to collect logistics and related data, at the "last mile", when so directed by USAID.

The Contractor must utilize and/or adapt existing supply chain best practices and interventions for maternal and child survival program supply chain systems.

*Activities under Objective 2 are expected to comprise the majority of effort under this Task Order.*

### C.3.1.  Strategic Planning: Provide Strategic Planning and Design Assistance
As stated in the IDIQ requirements and in addition:

### C.3.1.1.       Supply Chain Strategic Plan Development
The Contractor must make use of existing strategic plans and ensure any strategic plan development activities are not duplicative with existing plans. Additionally, the Contractor must engage with stakeholders working on broader efforts to end preventable child and

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

maternal deaths to ensure complementarity across other projects, including other USAID supply chain Task Orders.

### C.3.1.2.     Strategic Implementation

The Contractor must provide technical assistance to country counterparts and other stakeholders to implement strategic plans that were previously developed or developed by other stakeholders with or without the Contractor's involvement.

The Contractor must also be able to progressively move country supply systems along a continuum as the country itself demonstrates increased capabilities, along with other factors such as economic growth.  In order to achieve this in countries where the Contractor is providing significant technical assistance, the Contractor will be required to have a country strategy for end-to-end supply system strengthening, with country-specific benchmarks to identify the various stages of supply system evolution. Such strategies will be reviewed by USAID counterparts for input and approval.

### C.3.2.  In- Country Logistics

As stated in the IDIQ requirements and in addition:

### C.3.2.1.     Commodity Quantification and Forecasting

The Contractor must provide technical assistance to countries, routinely collaborate and convene with stakeholders, and support the strengthening of clearly understood, dependable systems, used by MCH service delivery programs dependent on USG-funded supplies, for the estimation of re-supply needs.

The Contractor must provide technical assistance in quantification and forecasting by reviewing the country's current approach to estimating commodity supply needs, identifying data or service gaps, and proposing different approaches to the estimation of required supply pipelines, as needed. When possible, the Contractor must cooperate with global technical assistance efforts working to improve essential medicines quantification such as through the UNCoLSC Technical Resource Teams.  New tools and estimation exercises must be evaluated to determine appropriateness for use (e.g., Quantification of Health Commodities: RMNCH Supplement, accessible from http://www.lifesavingcommodities.org/wp-content/uploads/2014/11/RMNCH-Quantification-English_Nov14-2.pdf).

For the quantification and forecasting of Zika commodities, the Contractor must work with USAID, CDC, PAHO/WHO, and other partners to prioritize the areas of highest need, based upon geography, climate, population density, and other factors. When it is possible to combine efforts to create efficiencies with other programs, the Contractor's goal must be a unified supply chain.

### C.3.2.2.     Health Commodity Supply Planning

The Contractor is required to develop the capacities of local partners' staff to conduct, monitor, and update forecasts and supply plans with minimal on-going project assistance. Additionally, the Contractor must enable government and local partners to assess how the commercial and social marketing forecasts and/or sales impact the public sector forecasts and vice versa.

### C.3.2.3.     Procurement

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

As stated in the IDIQ requirements.

### C.3.2.4.    Health Commodity Warehousing and Inventory Management
As stated in the IDIQ requirements.

### C.3.2.5.    Health Commodity Distribution and Transportation
As stated in the IDIQ requirements.

### C.3.2.6.    Health Care Waste Management
As stated in the IDIQ requirements.

### C.3.2.7.    Commodity Quality Assurance
As stated in the IDIQ requirements.

### C.3.2.8.    Appropriate Pharmaceutical and Commodity Selection
As stated in the IDIQ requirements.

### C.3.2.9.    Identification of Barriers to Commodity Importation
As stated in the IDIQ requirements.

### C.3.2.10.    Commodity Loss Prevention
As stated in the IDIQ requirements.

### C.3.2.11.    Product Recalls.
As stated in the IDIQ requirements.

### C.3.2.12.    Commodity Supply Chain Design
The Contractor must look for new opportunities or methods to increase efficiency and effectiveness of country supply chains through coordination of efforts between MCH and other supply chains, such as PRH, Malaria, HIV/AIDS and/or others.

### C.3.2.13.    Data Collection and Information Systems.
As stated in the IDIQ requirements.

### C.3.2.14.    Construction
As stated in the IDIQ requirements.

### C.3.2.1.15. Capacity-Building

The Contractor must tailor capacity building strategies, resources, and activities to address specific country progress, including their readiness to absorb capacity building assistance and sustain capacity improvements. To this end, the Contractor will provide capacity building assistance to teaching institutes and government Ministries in charge of providing training to public sector supply chain management staff.

The required capacities are not limited to technical knowledge and skills, but also include competencies in, for example, financial management and leadership that are critical for successfully accomplishing and sustaining the competencies under Objective 2.

The Contractor must be cognizant of and sensitive to in-country gender issues relating to gender roles, rights, and responsibilities that may result in the unequal representation of

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

either men or women in positions relating to supply system management and commodity security.

The Contractor must employ methodologies to measure and track capacity improvements among beneficiaries of capacity building activities.

**C.3.3.**   **Enabling Environments. Strengthen Enabling Environments to Improve Supply Chain Performance.**

**C.3.4.1.   Commodity Financing**
As stated in the IDIQ requirements.

**C.3.4.2.   Human Resources.**
As stated in the IDIQ requirements.

**C.3.4.3.   Governance and Leadership.**
As stated in the IDIQ requirements.

**C.3.4.4.   Policy.**
As stated in the IDIQ requirements and in addition:

Many countries have Reproductive Health or Family Planning Commodity Security Committees that address national policy frameworks; the Contractor must explore the inclusion of MCH and Zika commodities within those committees.

**C.4     OBJECTIVE 3: GLOBAL COLLABORATION**

As stated in the IDIQ requirements.

**END OF SECTION C**

18

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION D – PACKAGING AND MARKING

### D.1    AIDAR 752.7009 MARKING (JAN 1993)

(a) It is USAID policy that USAID-financed commodities and shipping containers, and project construction sites and other project locations be suitably marked with the USAID emblem. Shipping containers are also to be marked with the last five digits of the USAID financing document number. As a general rule, marking is not required for raw materials shipped in bulk (such as coal, grain, etc.), or for semi-finished products which are not packaged.

(b) Specific guidance on marking requirements should be obtained prior to procurement of commodities to be shipped, and as early as possible for project construction sites and other project locations. This guidance will be provided through the cognizant technical office indicated on the cover page of this contract, or by the Mission Director in the cooperating country to which commodities are being shipped, or in which the project site is located.

(c) Authority to waive marking requirements is vested with the Regional Assistant Administrators, and with Mission Directors.

(d) A copy of any specific marking instructions or waivers from marking requirements is to be sent to the Contracting Officer; the original should be retained by the Contractor.

### D.2    BRANDING POLICY

(a) In accordance with ADS 320 "Branding and Marking", this Task Order incorporates USAID's policy directives and required procedures on branding and marking of USAID-funded programs, projects, activities, public communications, and commodities with the USAID identity.

Markings under this contract shall comply with the USAID "Graphic Standards Manual" available at www.usaid.gov/branding or any successor branding policy.

(b) The Contractor must use the Branding Implementation Plan (BIP) and Marking Plan (MP) that was approved for the IDIQ. The Contractor must also follow the Branding Implementation Plan and Marking Plan specific to this Task Order, upon approval by USAID. Desired level of visibility: USAID identity must be prominently displayed in commodities of equipment; infrastructure projects; printed, audio. Visual or electronic public communications; studies, reports, publications, websites, and promotional and informational products; and events.

> Organization to be acknowledged: The branding may acknowledge other organizations deemed as partners of an event or deliverable.

The Marking Plan must enumerate all of public communications, commodities, infrastructure projects, program materials, events, deliverables, and other items that shall be marked with the USAID identity or brand.

### D.3    PACKAGING AND PACKING PROVISIONS

Packaging, packing and marking shall be in accordance with all applicable FDA regulations or the manufacturer's current public sector packaging for overseas distribution, Packaging and

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

packing must ensure the safety, efficacy and quality of the product and be appropriate for distribution to harsh climates under less than ideal transport and storage conditions.

**END OF SECTION D**

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION E – INSPECTION AND ACCEPTANCE

### E.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR 52.252-2 "CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract.  Full text of the FAR clauses is available at https://www.acquisition.gov/far/ and full text of the AIDAR clauses is available at http://www.usaid.gov/ads/policy/300/aidar and http://www.usaid.gov/ads/policy/300/300.

| NUMBER | TITLE | DATE |
|---|---|---|
| | FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1) | |
| 52.246-3 | INSPECTION OF SUPPLIES—COST-REIMBURSEMENT | MAY 2001 |
| 52.246-5 | INSPECTION OF SERVICES—COST REIMBURSEMENT | APR 1984 |
| 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR 1984 |

### E.2    INSPECTION AND ACCEPTANCE

USAID inspection and acceptance of services, reports and other required deliverables or outputs shall be subject to the performance standards set forth in Sections C and F.  Inspection and acceptance shall take place at:

United State Agency for International Development
Bureau of Global Health
1300 Pennsylvania Avenue, NW
Washington DC 20523

or at any other location where the services are performed and reports and deliverables or outputs are produced or submitted. Inspection of all deliverables required hereunder shall be made by the TOCOR, designated in Section G, who has been delegated authority to inspect and accept all services, reports and other required deliverables. Acceptance of services, reports and other deliverables by the TOCOR shall form the basis for payments to the Contractor.

### END OF SECTION E

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION F – DELIVERIES OR PERFORMANCE

### F.1    PERIOD OF PERFORMANCE

The resulting Task Order described here is expected to operate for five (5) years:
*September 16, 2016-September 15, 2021*

The total period of performance will not exceed five years.

### F.2    PLACE OF PERFORMANCE

The Contractor will have a headquarters in Washington, DC.

The Contractor will perform the services of this Task Order in multiple countries based on global commodity demand.

### F.3    REPORTING REQUIREMENTS

The Contractor will submit Task Order reports in accordance with Section F.5.2. of the Supply Chain Indefinite Delivery, Indefinite Quantity Contract.

### F.4    PERSONNEL

### F.4.1    KEY PERSONNEL

**Task Order Key Personnel** This Task Order will not require full time staff for each of these Key Personnel positions. We encourage the Contractor to propose the same individual for the Task Order Director, anticipated to be a part time responsibility and the Systems Strengthening Manager, and that the individual have skills to address both roles. The Finance Manager and Procurement and Logistics Manager are not anticipated to be full time positions; it is anticipated that these tasks will be performed by staff who are shared from other Task Orders. In the first years of the project we do not anticipate the Task Order Director/Systems Strengthening Manager to be full-time on the MCH TO. These staffing requirements may evolve in future years and may be renegotiated at such time. Note that the education and skill levels included in the IDIQ contract are also applicable to the personnel proposed for this TO.

All Task Order key personnel are as identified in the Contractor's final revised proposal dated August 3, 2016. Any changes to key personnel must be approved beforehand in writing by the Task Order Contracting Officer.

  a. **Task Order Director** – Task Order Director serves as the main point of contact for this TO and shares responsibility for the success of the program with the IDIQ Director.  The Task Order Director also serves as the main point of contact for MCH-commodity specific programs within USAID and must maintain an understanding of logistics and systems strengthening activities.
  b. **Systems Strengthening Manager** – Systems Strengthening Manager serves as a key point of contact for systems strengthening issues related to this TO. This staff member is to be both a technical manager and a subject matter specialist.
  c. **Finance Manager** – Finance Manager serves as the main point of contact for financial management issues related to this TO.

22

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## F.5    WORK WEEK

Personnel under this Task Order are authorized to work a five-day (5-day) work week or, as authorized by the Contractor's standard policies and procedures.  No overtime or premium pay is authorized.

**END OF SECTION F**

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION G – CONTRACT ADMINISTRATION DATA

### G.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following AIDAR clause pertinent to this section is hereby incorporated by reference (by Citation Number, Title, and Date).

| NUMBER | TITLE | DATE |
|--------|-------|------|
| 752.7003 | DOCUMENTATION FOR PAYMENT | NOV 1998 |

### G.2    PAYMENT AND VOUCHERS

The Contractor may submit vouchers for payment monthly or bi-monthly. Under the cost reimbursement portion of the contract, the Contractor may invoice for costs incurred at the time of invoice.

### G.3    CONTRACTING OFFICER

Signatory Contracting Officer:

U.S. Agency for International Development
Office of Acquisition and Assistance
1300 Pennsylvania Avenue, NW
Washington, DC 20523-7900

### G.4    CONTRACTING OFFICER'S REPRESENTATIVE (COR)

A COR Designation Letter will be signed by the TOCOR and TOCO at the time of award.  A copy will be given to the Contractor.

### G.5    CONTRACTOR'S PRIMARY POINT OF CONTACT

The Contractor's Primary Point of Contact is Jamey Butcher who can be reached at telephone no. 202-955-3300 or email jbutcher@chemonics.com.

### G.6    PAYING OFFICE

The Contractor must submit invoices to the payment office indicated on the Cover Page of the Task Order.  Generally, this will be the USAID Washington Office/Bureau or the USAID overseas field Mission from which the funds for the Task Order are provided or, for Missions without their own Controller, the regional office responsible for that Mission.
Invoices for USAID Washington Office/Bureau shall be submitted to the payment office at the following email address:
loc@usaid.gov.
Include Subject Line:  Contractor Name, Award #, Invoice #

### G.7    ACCOUNTING AND APPROPRIATION DATA

BBFY: 2015
Fund: ES-Zika
OP: GH/HIDN
Program Area: A11

24

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

District Code: 936-3090
Program Element: A051
BGA: 997
SOC: 4100302
Amount Obligated: $8,000,000.00

BBFY: 2015
EBFY:2016
Fund: GH-C
OP: GH/HIDN
Program Area: A11
District Code: 936-3090
Program Element: A052
BGA: 997
SOC: 4100302
Amount Obligated: $425,000.00

BBFY: 2015
EBFY: 2016
Fund: GH-C-GFSI
OP: GHANA
Program Area: A11
District Code: 641-W
Program Element: A142
BGA: 641
SOC: 4100301
Amount Obligated: $165,949

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: GUATEMALA
Program Area: A11
District Code: 520-W
Program Element: A052
BGA: 520
SOC: 4100301
Amount Obligated: $100,000

BBFY: 2015
EBFY: 2016
Fund: GH-C-GFSI
OP: GUATEMALA
Program Area: A11
District Code: 520-W
Program Element: A142

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

BGA: 520
SOC: 4100301
Amount Obligated: $50,000

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: LIBERIA
Program Area: A11
District Code: 669-W
Program Element: A052
BGA: 669
SOC: 4100301
Amount Obligated: $212,395

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: MALAWI
Program Area: A11
District Code: 612-W
Program Element: A052
BGA: 612
SOC: 4100301
Amount Obligated: $500,000

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: NIGERIA
Program Area: A11
District Code: 620-W
Program Element: A052
BGA: 620
SOC: 4100301
Amount Obligated: $278,321

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: RWANDA
Program Area: A11
District Code: 696-W
Program Element: A052
BGA: 696
SOC: 4100301

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

Amount Obligated: $300,000

BBFY: 2013
EBFY: 2014
Fund: GH-C-GFSI
OP: MOZAMBIQUE
Program Area: A11
District Code: 656-W
Program Element: A142
BGA: 656
SOC: 4100100
Amount Obligated: $1,394,000

BBFY: 2014
EBFY: 2015
Fund: GH-C-GFSI
OP: MOZAMBIQUE
Program Area: A11
District Code: 656-M
Program Element: A142
BGA: 656
SOC: 4100100
Amount Obligated: $6,000

BBFY: 2013
EBFY: 2014
Fund: GH-C
OP: NEPAL
Program Area: A11
District Code: 367-M
Program Element: A052
BGA: 367
SOC: 4100100
Amount Obligated: $328,995

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: NEPAL
Program Area: A11
District Code: 367-M
Program Element: A052
BGA: 367
SOC: 4100100
Amount Obligated: $1,027,000

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

BBFY: 2015
EBFY: 2016
Fund: GH-C-GFSI
OP: NEPAL
Program Area: A11
District Code: 357-M
Program Element: A142
BGA: 367
SOC: 4100100
Amount Obligated: $100,000

BBFY: 2011
EBFY: 2012
Fund: GH-C-POP
OP: NEPAL
Program Area: A11
District Code: 367-M
Program Element: A053
BGA: 367
SOC: 4100100
Amount Obligated: $1,050

BBFY: 2015
EBFY: 2016
Fund: GH-C-POP
OP: NEPAL
Program Area: A11
District Code: 367-M
Program Element: A053
BGA: 367
SOC: 4100100
Amount Obligated: $519,985

BBFY: 2015
EBFY: 2016
Fund: GH-C
OP: NIGERIA
Program Area: A11
District Code: 620-W
Program Element: A052
BGA: 620
SOC: 4100301
Amount Obligated: $3,000,000

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

**G.8    CONTRACTOR'S PAYMENT ADDRESS**

Chemonics International Inc.
1717 H Street NW
Washington, DC 20006

**G.9    TECHNICAL DIRECTIONS / RELATIONSHIP WITH USAID**

(a) Technical Directions is defined to include:

(1) Written directions to the Contractor which fill in details, suggest possible lines of inquiry, or otherwise facilitate completion of work;

(2) Provision of written information to the Contractor which assists in the interpretation of drawings, specifications, or technical portions of the work statement;

(3) Review and, where required, provide written approval of technical reports, drawings, specifications, or technical information to be delivered. Technical directions must be in writing, and must be within the scope of work detailed in Section C.

(b) The Contracting Officer, by separate designation letter, authorizes the TOCOR to take any or all action with respect to the following which could lawfully be taken by the Task Order Contracting Officer, except any action specifically prohibited by the terms of this contract:

(1) Assure that the Contractor performs the technical requirements of the contract in accordance with the contract terms, conditions, and specifications.

(2) Perform, or cause to be performed, inspections necessary in connection with (a) above and require the Contractor to correct all deficiencies; perform acceptance for the Government.

(3) Maintain all liaison and direct communications with the Contractor. Written communications with the Contractor and documents shall be signed as "Task Order Contracting Officer's Representative" with a copy furnished to the Task Order Contracting Officer.

(4) Issue written interpretations of technical requirements of Government drawings, designs, and specifications.

(5) Monitor the Contractor's production or performance progress and notify the Contractor in writing of deficiencies observed during surveillance, and direct appropriate action to effect correction. Record and report to the Contracting Officer incidents of faulty or nonconforming work, delays or problems.

(6) Obtain necessary security clearance and appropriate identification if access to Government facilities is required. If to be provided, ensure that Government furnished property is available when required.

LIMITATIONS: The TOCOR is not empowered to award, agree to, or sign any contract (including delivery or purchase orders) or modifications thereto, or in any way to obligate the payment of money by the Government. The TOCOR may not take any action which may

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

impact on the contract schedule, funds, scope or rate of utilization of Level of Effort (LOE). All contractual agreements, commitments, or modifications which involve prices, quantities, quality, or schedules shall be made only by the Task Order Contracting Officer.

(c) The TOCOR is required to meet quarterly/semi-annually/annually with the Contractor and the Contracting Officer concerning performance of items delivered under this contract and any other administration or technical issues. Telephonic reports may be made if no problems are being experienced. Problem areas should be brought to the immediate attention of the Contracting Officer.

(d) In the separately-issued TOCOR designation letter, the TOCO designated an alternate TOCOR to act in behalf of the designated TOCOR, in accordance with the terms of the letter.

(e) Contractual Problems: Contractual problems of any nature that may arise during the life of the contract must be handled in conformance with specific public laws and regulations (i.e., Federal Acquisition Regulation (FAR) and Agency for International Development Acquisition Regulation (AIDAR)). The Contractor and the TOCOR shall bring all contracting problems to the immediate attention of the Task Order Contracting Officer. Only the Contracting Officer is authorized to formally resolve such problems. The Contracting Officer will be responsible for resolving legal issues, determining contract scope and interpreting contract terms and conditions. The Task Order Contracting Officer is the sole authority authorized to approve changes in any of the requirements under this contract. Notwithstanding any clause contained elsewhere in this contract, the said authority remains solely with the Task Order Contracting Officer. These changes include, but will not be limited to, the following areas: scope of work, price, quantity, technical specifications, delivery schedules, and contract terms and conditions. In the event the Contractor effects any changes at the direction of any other person other than the Task Order Contracting Officer, the change will be considered to have been made without authority.

(f) Failure by the Contractor to report to the Task Order Contracting Officer, any action by the Government considered to be a change, within the specified number of days contained in FAR 52.243-7 (Notification of Changes), waives the Contractor's right to any claims for equitable adjustments.

**END OF SECTION G**

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## SECTION H – SPECIAL CONTRACT REQUIREMENTS

**H.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE**

The following contract clauses pertinent to this section are hereby incorporated by reference (by citation number, title, and date) in accordance with the clause at FAR 52.252-2 "CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract.  See FAR 52.252-2 for an Internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| FEDERAL ACQUISITION REGULATION | (48 CFR Chapter1) | |
| AIDAR | ( 48 CFR Chapter 7) | |
| 752.7027 | PERSONNEL | DEC 1990 |

All clauses flow down from the Global Health Supply Chain Indefinite Delivery, Indefinite Quantity Contract and remain in full effect and force.

**H.2    SUBCONTRACTING CONSENT**

Approved sub-contractors:



**END OF SECTION H**

GHSC-PSM MCH and Zika Commodities Task Order
AID-OAA-TO-16-00018

## PART II – CONTRACT CLAUSES

## SECTION I – CONTRACT CLAUSES

### I.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

All clauses flow down from the Global Health Supply Chain Indefinite Delivery, Indefinite Quantity Contract and remain in full effect and force.

### I.2    FAR 52.222-56 CERTIFICATION REGARDING TRAFFICKING IN PERSONS COMPLIANCE PLAN (MAR 2015)

(a) The term "commercially available off-the-shelf (COTS) item," is defined in the clause of this solicitation entitled "Combating Trafficking in Persons" (FAR clause 52.222-50).

(b) The apparent successful Offeror shall submit, prior to award, a certification, as specified in paragraph (c) of this provision, for the portion (if any) of the contract that—

(1) Is for supplies, other than commercially available off-the-shelf items, to be acquired outside the United States, or services to be performed outside the United States; and

(2) Has an estimated value that exceeds $500,000.

(c) The certification shall state that—

(1) It has implemented a compliance plan to prevent any prohibited activities identified in paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons, and to monitor, detect, and terminate the contract with a subcontractor engaging in prohibited activities identified at paragraph (b) of the clause at 52.222-50, Combating Trafficking in Persons; and

(2) After having conducted due diligence, either—

(i) To the best of the Offeror's knowledge and belief, neither it nor any of its proposed agents, subcontractors, or their agents is engaged in any such activities; or

(ii) If abuses relating to any of the prohibited activities identified in 52.222-50(b) have been found, the Offeror or proposed subcontractor has taken the appropriate remedial and referral actions.

## END OF SECTION I