# EXHIBIT D

## PUBLIC VERSION

## REDACTED IN ITS ENTIRETY