# EXHIBIT E
# PUBLIC VERSION

**From:** Singh, Pankaj
**To:** Fazzoiari, Diane
**Subject:** FW: [EXTERNAL] ***20WASH334237*** CHEMONICS INTERNATIONAL INC Additional Correspondence for Notice of Circumstance - Potential Fraud Investigation (E&O)
**Date:** Thursday, September 9, 2021 8:01:00 AM
**Attachments:** July.J9.2021.Letter.odf

Hi Diane,

This seems an additional information for claim# KY">OK22oora, which is assigned to you for policy Grss6346 and claim # Kv.OK2.0LJ.Ix which was a5Signed to Perry Tsao for policy G23664525. Please let me know if new set up is required for this request.

Thanks! I

Pankaj Singh
Claims Operations

E Pankaj.singh3@Chubb.com

From: ACE Medical Risk FNOL <MedicalRiskFirstNotice@chubb.com>
Sent: Wednesday, September 8, 2021 3:33 PM
To: ACE Medical Risk FNOL <MedicalRiskFirstNotice@chubb.com>
Cc: NA WorkView Redirect Prod <NAWorkViewRedirectProd@naworkviewprod.com>
Subject: FW: [EXTERNAL] ***20WASH334237*** CHEMONICS INTERNATIONAL INC Additional Correspondence for Notice of Circumstance - Potential Fraud Investigation (E&O)

From: Beverly McKnabb <starsee@rjskonnect.com>
Sent: Wednesday, September 8, 2021 3:32:39 PM (UTC-05:00) Eastern Time (US & Canada)
Cc: SMorse@chemonics.com <SMorse@chemonics.com>; KeHy.Thoeng@Marsh.com <KeHy.Thoerig@Marsh.com>; NA WorkView Redirect Prod <NAWorkVjewRed1rectProd@naworkviewprod.com>
Subject: [EXTERNAL] ***20WASH334237*** CHEMONICS INTERNATIONAL INC Additional Correspondence for Notice of Circumstance - Potential Fraud Investigation (E&O)

INSURED:CHEMONICS INTERNATIONAL INC

MAITER:Notice of Circumstance - Potential Fraud Investigation (E&O)

MARSH FILE NUMBER:20WASH334237

Attached please find additional correspondence pertaining to the above caption. This matter was previously reported to you.

As an update in this matter, Chemonics received the attached notice that USAIO has referred the Nigeria matter to the Department of Justice. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

The Insured has secured ▬▬▬▬ as lead on this matter and also ▬▬▬▬▬▬ to respond to USAID's letter. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

At this time there have been no requests for interviews or other correspondence with USAID.

The following policy information is applicable:

| Carrier | Policy Number | Policy Term | Layer | Participation | Carrier Claim # |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE CO | SMR G71118496 002 | 15-APR-19 - 15-APR-20 | $10,000,000 Primary | $10,000,000 | |
| Ace American Insurance Company | EON G23664525 010 | 15-APR-19 - 15-APR-20 | $10,000,000 Primary | $10,000,000 | KY20K220131X |
| Ace American Insurance Company | EON G27556346 005 | 15-APR-19 - 15- | $10,000,000 Primary | $10,000,000 | KY20K2200231 |

| | | | | | |
|---|---|---|---|---|---|
| | | APR-20 | | | |
| Continental Casualty Company | 652163879 | 30-OCT-19 - 15-APR-20 | $5,000,000 x $10,000,000 | $5,000,000 | |

Please include the Marsh file number on all correspondence related to the above matter.

Sincerely,

Marsh Claims Operations

Reply To: ClaimAcks(fi)marsh.com

California License#: 0437153

The Information contained in this document is confidential, may be privileged and is intended for the use of the individual or entity named above. If you are not the intended recipient, please do not read, copy, forward, use, or store this document or any of the information contained herein.

CC:

Kelly Thoerig

Managing Director, FinPro

Marsh USA Inc.

Three James Center I 1051 East Cary Street, Suite 900

Richmond, VA 23219

804-344-8975

KeHy.Thoeri@Marsh.com


Shannon Morse

Risk Insurance Director

Chemonics International, Inc.

202-465-3833

SMorse@chcmonics.com