# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C.A. No. 1:18-cv-00251-GMS |
| | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| THE NORTH RIVER INSURANCE | ) |
| COMPANY, and RSUI INDEMNITY | ) |
| COMPANY | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## ORDER

Upon Defendants The North River Insurance Company's and RSUI Indemnity Company's Motion to Transfer Venue (the "Motion") ~~and for good cause shown,~~ the Motion is hereby **DENIED**.
~~GRANTED. This action is hereby transferred to the United States District Court for the Southern District of New York to be consolidated with the lawsuit already pending in that district captioned *Federal Insurance Co., et al. v. Pfizer, Inc.*, No. 1:18-cv-00878-KBF (S.D.N.Y., filed Jan. 31, 2018).~~

IT IS SO ORDERED.

_July 9_, 2018
DATE

Judge Gregory M. Sleet
United States District Court
District of Delaware