# EXHIBIT A



**U.S. Department of Justice**

*Teresa A. Moore*
*Acting United States Attorney*
*Western District of Missouri*

---

Matthew N. Sparks
Assistant U.S. Attorney
E-mail:  matt.sparks@usdoj.gov

Office of the United States Attorney        (816) 426-3130
Civil Division                              Fax (816) 426-3126
400 East 9th Street, Suite 5510
Kansas City, Missouri 64106-2637

Via Certified Mail and Email            July 19, 2021

Eric J. Marcotte
Legal Counsel
Chemonics International, Inc.
1717 H Street, NW
Washington, DC 20006
emarcotte@chemonics.com

Re:   USAID Global Health Supply Chain – Procurement and Supply Management in Nigeria
      USAO No. 2021V00353

Dear Mr. Marcotte:

The U.S. Agency for International Development, Office of Inspector General ("USAID-OIG"), has referred the above matter to this office for possible legal action as having submitted false claims to the Government for long haul delivery overcharges and improper billings for last mile delivery services within Nigeria of USAID-funded pharmaceutical cold chain commodities. Based on this unlawful activity, Chemonics International, Inc. ("Chemonics") may be liable to the United States for treble damages and penalties under the False Claims Act, Title 31, United States Code, Sections 3729-3733.

In accordance with our Office's practice, the Government will attempt to resolve this matter with Chemonics prior to filing any litigation. The Government may need to interview several individuals currently employed by Chemonics. Should you wish to assist us in this process, or provide any additional information we should consider, please send any response to my attention or to the attention of my colleague, Assistant United States Attorney Cari Walsh.

Sincerely,

Matthew N. Sparks
Assistant United States Attorney

cc: Cari Walsh
    Assistant United States Attorney
    cari.walsh@usdoj.gov
    (816) 426-4307