IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMONICS INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 24-817-RGA |

ORDER DENYING TRANSFER MOTION

As stated in open court at the hearing on November 26, 2024, the motion to transfer venue to the District Court for the District of Columbia (D.I. 9) is DENIED.

IT IS SO ORDERED this 26th day of November 2024.

                /s/ Richard G. Andrews____
                United States District Judge