# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMONICS INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No.: 1:24-cv-00817 RGA |
| | ) |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, subject to the approval of the Court, that the deadline for Defendant's Response to the Complaint is extended to January 7, 2025.

| POTTER ANDERSON & CORROON LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| /s/ *Jennifer C. Wasson* | /s/ *Julie M. O'Dell* |
| Jennifer C. Wasson (No. 4933) | Robert J. Katzenstein (No. 378) |
| Carla M. Jones (No. 6046) | Julie M. O'Dell (No. 6191) |
| Ryan D. Kingshill (No. 6838) | 1000 N. West Street, Suite 1501 |
| 1313 N. Market Street, 6th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | 302-652-8400 |
| 302-984-6000 | rjk@skjaw.com |
| jwasson@potteranderson.com | jmo@skjlaw.com |
| cjones@potteranderson.com | |
| rkingshill@potteranderson.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Richard G. Andrews