**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



**Jennifer C. Wasson**
Partner
jwasson@potteranderson.com
Direct  302.984.6165

**VIA E-FILE**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> **Re:**   ***Chemonics International Inc. v. Ace American Insurance Company***
> **C.A. No. 24-cv-00817-RGA**

Dear Judge Andrews,

I write with respect to case scheduling in the above insurance coverage action.  The parties have conferred and agreed to the proposed Case Scheduling Order attached hereto as Exhibit A.  All dates have been negotiated with the exception of the trial and pretrial conference dates for a five-day jury trial, which we respectfully request chambers to schedule at a time convenient to Your Honor in the first quarter of 2027.  The parties believe that the agreed to Case Scheduling Order obviates the need for the Rule 16(b) Conference currently scheduled for February 20, 2025 at 10:00 AM, but the parties are happy to attend the Rule 16 Conference, should the Court have any questions or require any additional information to enter the Case Scheduling Order.

The parties appreciate the Court's assistance and are available at Your Honor's convenience.  Thank you.

Respectfully,

*/s/ Jennifer C. Wasson*
Jennifer C. Wasson
(Bar ID No. 4933)