# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMONICS INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:24-cv-00817-RGA<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 7, 2025, Defendant ACE American Insurance Company served its First Set of Requests for Production of Documents to Plaintiff and First Set of Interrogatories to Plaintiff on the following counsel by email:

Jennifer C. Wasson (No. 4933)
Carla M. Jones (No. 6046)
Ryan D. Kingshill (No. 6838)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
302-984-6000
jwasson@potteranderson.com
cjones@potteranderson.com
rkingshill@potteranderson.com

SMITH KATZENSTEIN & JENKINS LLP

 /s/ Julie M. O'Dell
Robert J. Katzenstein (No. 378)
Julie M. O'Dell (No. 6191)
1000 N. West Street, Suite 1501
Wilmington, DE  19899
302-652-8400
rjk@skjaw.com
jmo@skjlaw.com

*Attorneys for Defendant*